UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RONNY COYLE and LISA COYLE                                                    PLAINTIFFS

v.                                      No. 2:17-CV-02099

SHELTER MUTUAL INSURANCE COMPANY                                              DEFENDANT

## JUDGMENT

Following the unanimous jury verdict (Doc. 35) returned for Plaintiffs and the Court's opinions and orders (Docs. 21, 45) granting partial summary judgment for Defendant and awarding Plaintiffs prejudgment interest, postjudgment interest, statutory damages, a reasonable attorney's fee, and costs, IT IS HEREBY ADJUDGED that Plaintiffs Ronny Coyle and Lisa Coyle have and recover from Defendant Shelter Mutual Insurance Company:

- Total compensatory damages in the amount of $135,000.00 on their breach of contract claim;
- Prejudgment interest in the amount of $27,922.50;
- Twelve-percent statutory damages in the amount of $16,200.00;
- Costs in the amount of $2,995.88; and
- Attorney's fees in the amount of $28,663.36.

IT IS FURTHER ADJUDGED that Plaintiffs take nothing on their claim for the tort of bad faith, and that claim is DISMISSED WITH PREJUDICE.

Interest on this judgment will accrue at the rate of 2.66% per annum from the date of entry of this judgment until paid.

IT IS SO ADJUDGED this 16th day of October, 2018.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE